## Epoch Producing Corporation, Appellee, v. City of Chicago and Herman F. Schuettler, Appellants.

### Gen. No. 23,954.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOSEPH B. DAVID, Judge, presiding. Heard in the Branch Appellate Court at the June term, 1917. Reversed and remanded. Opinion filed March 12, 1918.

### Statement of the Case.

Petition by Epoch Producing Corporation, petitioner, against City of Chicago and Herman F. Schuettler, General Superintendent of Police of the City of Chicago, defendants, for a writ of mandamus to compel the issuance of a permit to exhibit a photoplay. From a judgment for petitioner, defendants appeal.

SAMUEL A. ETTELSON, for appellants; CHESTER E. CLEVELAND and FRANK D. AYERS, of counsel.

CHARLES J. TRAINOR, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

## Abstract of the Decision.

1. THEATERS AND SHOWS, § 4*—*what are requisites of petition for writ of mandamus to compel issuance of permit to exhibit photoplay.* To entitle a petitioner to a writ of mandamus to compel the issuance of a permit to exhibit a photoplay, it is merely necessary to aver facts to show that the photoplay met every requisite of the ordinance under which the license was sought and that the license was arbitrarily or capriciously refused.

2. MANDAMUS, § 190*—*when judgment reversed.* Where the trial court has disregarded the material issues of fact in mandamus proceedings, the judgment will be reversed.